IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | |
| : | Jointly Administered |
| OLYMPUS HEALTHCARE GROUP, INC, *et al.*, : | Case Nos. 01-1849 |
| : | through 01-1858 (WS) |
| Debtors. : | |
| _____ : | |
| CRAIG JALBERT, Liquidating Supervisor for : | |
| OLYMPUS HEALTHCARE GROUP, INC. *et al.*, : | |
| : | |
| Plaintiff, : | |
| v. : | Adv. Pro. No. 03-53411(PBL) |
| : | |
| CAHCF ASSISTANCE CORPORATION, : | Re: Adv. D.I. 53 |
| : | |
| Defendant. : | |

## NOTICE OF APPEAL

Katharine B. Sacks ("Ms. Sacks"), as the State of Connecticut's receiver for five nursing home facilities located within the territorial jurisdiction of Connecticut and formerly owned and operated by Pegasus Management Company, Inc., appeals to the United States District Court for the District of Delaware under 28 U.S.C. § 158(a) from the Order Authorizing and Approving Settlement Agreement dated June 28, 2005 (the "Order"). The Order was entered on the docket of the above-captioned adversary proceeding on June 30, 2005 as Docket Item No. 53 and is attached hereto as Exhibit A.

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Party:**   Craig Jalbert, Liquidating Supervisor for Olympus Healthcare Group, Inc., *et al.*

Counsel

Michael R. Lastowski, Esquire
Christopher M. Winter, Esquire
Matthew M. Carucci, Esquire
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901

and

John F. Ventola, Esquire
Joseph M. Downes, III, Esquire
CHOATE, HALL & STEWART
53 State Street
Boston, MA 02118
Telephone: (617) 248-5000
Facsimile:  (617) 248-4000


**Party:**   U.S. Nursing Corporation

Counsel

Joseph C. Handlon, Esquire
ASHBY & GEDDES, P.A.
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
Telephone:  (302) 654-1888
Facsimile:  (302) 654-2067

and

Peter A. Cal, Esquire
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO  80202
Telephone:  (303) 297-2900
Facsimile:  (303) 298-0940

Dated: July 5, 2005
       Wilmington, Delaware

REED SMITH LLP

By: /s/ Mark W. Eckard
    Mark W. Eckard (No. 4542)
    1201 Market Street, Suite 1500
    Wilmington, Delaware 19801
    Telephone: (302) 778-7518
    Facsimile: (302) 778-7575
    E-mail: meckard@reedsmith.com

    Counsel for Katharine B. Sacks, as Receiver for Five Facilities Formerly Owned and Operated by Pegasus Management Company, Inc.