# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Jointly Administered |
| OLYMPUS HEALTHCARE GROUP, INC., *et al.*, ) | Case No. 01-01849 through |
| ) | 01-1858 (WSS) |
| Debtors. ) | |
| ) | |
| _____ ) | |
| CRAIG JALBERT, Liquidating Supervisor for ) | |
| OLYMPUS HEALTHCARE GROUP, INC., *et al.*, ) | |
| ) | Adv. Pro. No. 03-53411 (PBL) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAHCF ASSISTANCE CORPORATION, ) | Re: Docket No. |
| ) | |
| Defendant. ) | |

### ORDER AUTHORIZING AND APPROVING
### SETTLEMENT AGREEMENT

Upon the motion of Craig Jalbert (the "Motion"), the duly appointed Liquidating Supervisor (the "Liquidating Supervisor") for the estates of the above-captioned debtors, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, for entry of an order authorizing and approving the settlement and release agreement (the "Settlement Agreement") between the Liquidating Supervisor and U.S. Nursing Corporation ("USNC"), which resolves the captioned adversary action; and due notice having been given; and the Court determining that good cause and sufficient bases exist for the relief requested in this Motion,

IT IS HEREBY ORDERED:

1. The Motion is Granted and the Settlement Agreement attached to the Motion is approved.

2. The Liquidating Supervisor is authorized to dismiss the captioned adversary action consistent with the Settlement Agreement.

So Ordered This ____ Day of June, 2005.

_____
Honorable United States Bankruptcy Judge