IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) Case Nos. 01-1849(WSS) through |
| OLYMPUS HEALTHCARE GROUP, INC. *et al.*, | ) 01-1858(WSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |
| CRAIG JALBERT, Liquidating Supervisor for | ) |
| OLYMPUS HEALTHCARE GROUP, INC. | ) Adversary Proceeding No. 03-53411 |
| | ) (PBL) |
| Plaintiff, | ) |
| | ) |
| v. | ) Re Adv. A.D.I. No. 53, 57 and 62 |
| | ) |
| CAHCF Assistance Corporation, | ) |
| | ) |
| Defendant. | ) |

**LIQUIDATING SUPERVISOR'S  AND USNC'S JOINT DESIGNATION OF
APPELLEES OF ADDITIONAL ITEMS TO BE INCLUDED
IN THE RECORD ON APPEAL**

Appellees U.S. Nursing Corporation ("USNC") and Craig Jalbert, the Liquidating

Supervisor of the captioned Debtors, hereby designate the following items for the Record on

Appeal, in addition to those items designated in Appellant Katharine B. Sacks' July 15, 2005

Designation of Record and Statement of Issues on Appeal, numbered to follow after Appellant's

listing:

23.    Summons and Notice of Pretrial Conference (Adv. D.I. No. 2)

24.    Certificate of Service (Adv. D.I. 13).

25.    Certificate of Service (Adv. D.I. 26).

26.    Certificate of Service  (Adv. D.I. 27).

27.    Re-Notice of Motion of the Liquidating Supervisor for Entry of an Order

Authorizing and Approving Settlement Agreement with U.S. Nursing Corporation (Adv. D.I.

37).

28.    Certificate of Service  (Adv. D.I. 37).

29.    Re-Notice of Motion of the Liquidating Supervisor for Entry of an Order

Authorizing and Approving Settlement Agreement with U.S. Nursing Corporation (Adv. D.I.

42).

Dated:  July 25, 2005
        Wilmington, Delaware

                                    Respectfully submitted,
                                    CRAIG JALBERT,
                                    LIQUIDATING SUPERVISOR,

                                    By his attorneys,


                                    _____
                                    Michael Lastowski (DE No. 3892)
                                    Christopher M. Winter (DE No. 4163)
                                    Matthew M. Carucci (DE No. 4529)
                                    DUANE MORRIS LLP
                                    1100 North Market Street
                                    Wilmington, Delaware 19801
                                    (302) 657-4900

                                    John F. Ventola (BBO#567972)
                                    Joseph M. Downes III (BBO#655853)
                                    CHOATE, HALL & STEWART
                                    Exchange Place
                                    53 State Street
                                    Boston, MA 02109
                                    (617) 248-5000

                                    -AND-

U.S. NURSING CORP.,
By its attorneys,

/s/ Joseph C. Handlon
By: _____
Ricardo Palacio (DE No. 3765)
Joseph C. Handlon (DE No. 3952)
Ashby & Geddes, P.A.
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Peter A. Cal, Esq.
Mark Fulford, Esq.
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO  80202
Telephone:  (303) 299-8244