IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| OLYMPS HEALTHCARE GROUP, INC., et al., | ) | Chapter 11 |
| | ) | Bankr. Case No. 01-1849 |
| | ) | through 01-858 (WS) |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |
| KATHARINE B. SACKS, as Receiver of Five Facilities Formerly Owned and Operated by Pegasus Management Company, Inc., | ) ) ) ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action Nos. 05-581-KAJ |
| | ) | and 05-582-KAJ |
| CRAIG JALBERT, U.S. NURSING CORPORATION and PEGASUS MANAGEMENT, INC., | ) ) ) | |
| | ) | |
| Appellees. | ) | |

## ORDER

WHEREAS, the court having been informed that mediation of the captioned

matter is complete, and the parties were unsuccessful in resolving their dispute,

IT IS HEREBY ORDERED that the parties shall confer and submit a briefing

schedule to the court no later than November 9, 2005.

UNITED STATES DISTRICT JUDGE

October 26, 2005
Wilmington, Delaware