IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>OLYMPUS HEALTHCARE GROUP, INC., *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case Nos. 01-1849-1851 (WSS)<br>)<br>)<br>)<br>)<br>) |
| KATHARINE B. SACKS, AS RECEIVER OF FIVE FACILITIES FORMERLY OWNED AND OPERATED BY PEGASUS MANAGEMENT, INC.,<br><br>Appellant,<br><br>v.<br><br>CRAIG JALBERT, LIQUIDATING SUPERVISOR FOR OLYMPUS HEALTHCARE GROUP, INC. ET. AL.;<br><br>US NURSING CORPORATION,<br><br>Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. Nos. 05-581, 05-582 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT BRIEFING SCHEDULE OF THE PARTIES**

Katharine B. Sacks, as the State of Connecticut's nursing home receiver for five facilities formerly owned and operated by Pegasus Management Company, Inc. (the "Appellant"), by and through her attorneys, and Appellees Craig Jalbert, Liquidating Supervisor for Olympus Healthcare Group, Inc., et al., and U.S. Nursing Corporation (together, the "Appellees"), by and through their respective attorneys, hereby submit this joint briefing schedule, and in support thereof, aver as follows:

1.  On October 21, 2005, a Notice of Completion of Mediation was filed by Ian Connor Bifferato, Esquire.

2.  On October 26, 2005, this Court entered an Order ordering the Parties to submit a jointly prepared briefing schedule for the Court's consideration.

3.  The Parties have agreed to the following briefing schedule:

    a.  The opening brief of the Appellant shall be due no later than November 22, 2005;

    b.  A joint answering brief, or separate answering briefs, as the case may be, shall be due from the Appellees no later than December 7, 2005; and

    c.  The reply brief of the Appellant shall be due no later than December 14, 2005.

WHEREFORE, the Parties request this Court enter the Order attached hereto as Exhibit "A" approving the joint briefing schedule and granting such further relief as this Court deems just and proper.

Dated: November 9, 2005

**[Signatures on following page.]**

/s/ Mark Eckard
Mark Eckard (DE 4542)
REED SMITH LLP
1201 N. Market Street, 15th Floor
Wilmington, DE 19801
Telephone: 302.778.7500
Facsimile: 302.778.7575

*Counsel for Appellant Katharine B. Sacks*

/s/ Joseph C. Handlon
Joseph C. Handlon (DE 3952)
ASHBY & GEDDES, P.A.
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888

and

Mark L. Fulford, Esq.
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado
Telephone: (303) 299-8454

*Counsel for Appellee U.S. Nursing Corporation*

Christopher M. Winter (DE 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4942
Facsimile: (302) 657-4901

and

John F. Ventola, Esq.
Joseph M. Downes III, Esq.
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone: 617) 248-5000

*Counsel for Appellee Craig Jalbert*

_____
Mark Eckard (DE 4542)
REED SMITH LLP
1201 N. Market Street, 15th Floor
Wilmington, DE 19801
Telephone: 302.778.7500
Facsimile: 302.778.7575

*Counsel for Appellant Katharine B. Sacks*

_____
Joseph C. Handlon (DE _____)
ASHBY & GEDDES, P.A.
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888

and

Mark L. Fulford, Esq.
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado
Telephone: (303) 299-8454

*Counsel for Appellee U.S. Nursing Corporation*

/s/ Christopher M. Winter
_____
Christopher M. Winter (DE 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4942
Facsimile: (302) 657-4901

and

John F. Ventola, Esq.
Joseph M. Downes III, Esq.
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone: 617) 248-5000

*Counsel for Appellee Craig Jalbert*