**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| OLYMPUS HEALTHCARE GROUP, INC., *et al.*, | ) | Case Nos. 01-1849-1851 (WSS) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| KATHARINE B. SACKS, AS RECEIVER OF FIVE FACILITIES FORMERLY OWNED AND OPERATED BY PEGASUS MANAGEMENT, INC., | ) ) ) ) | |
| | ) | C.A. Nos. 05-581, 05-582 (KAJ) |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CRAIG JALBERT, LIQUIDATING SUPERVISOR FOR OLYMPUS HEALTHCARE GROUP, INC. ET. AL., | ) ) ) | |
| | ) | |
| US NURSING CORPORATION, | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |
| _____ | ) | |

**ORDER APPROVING JOINT BRIEFING SCHEDULE**

Upon review of the Joint Briefing Schedule of the Parties and review of the

Notice of Completion of Mediation filed in this action,

IT IS HEREBY ORDERED that:

1.    The opening brief of the Appellant shall be due no later than

November 22, 2005;

2.      A joint answering brief, or separate answering briefs, as the case

        may be, shall be due from the Appellees no later than December 7,

        2005; and

3.      The reply brief of the Appellant shall be due no later than

        December 14, 2005.

The dates set forth above may be modified by further Order of this Court.


                    BY THE COURT:


Dated:                      _____
                            KENT A. JORDAN,
                            UNITED STATES DISTRCIT COURT JUDGE