IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| OLYMPUS HEALTHCARE GROUP, ) | Case Nos. 01-1849-1851 (WSS) |
| INC., *et al.*, ) | |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| KATHARINE B. SACKS, AS RECEIVER ) | |
| OF FIVE FACILITIES FORMERLY ) | |
| OWNED AND OPERATED BY ) | |
| PEGASUS MANAGEMENT, INC., ) | |
| ) | C.A. Nos. 05-581, 05-582 (KAJ) |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| CRAIG JALBERT, LIQUIDATING ) | |
| SUPERVISOR FOR OLYMPUS ) | |
| HEALTHCARE GROUP, INC. ET. AL., ) | |
| ) | |
| US NURSING CORPORATION, ) | |
| ) | |
| Appellees. ) | |
| ) | |
| ) | |

**JOINT STIPULATION TO STAY BRIEFING**

Katharine B. Sacks, the receiver of five facilities formerly owned by Pegasus Management, Inc. (the "Receiver"), by and through her attorneys, and Appellees Craig Jalbert, Liquidating Supervisor for Olympus Healthcare Group, Inc., *et al.*, (the "Liquidating Supervisor") and U.S. Nursing Corporation (together with the Receiver and the Liquidating Supervisor, the "Parties"), by and through their respective attorneys, having reached a settlement in principle of the matters at issue in the consolidated

appeals, and the parties intending to enter into a written settlement agreement and to submit such agreement to the Bankruptcy Court for approval, the Parties hereby stipulate to stay the briefing in these appeals pending a determination of the Bankruptcy Court on the motion of the Parties for settlement approval.

    WHEREFORE, the Parties request this Court enter the Order attached hereto as Exhibit "A" providing for a stay of briefing in the captioned appeals.

Dated: December 7, 2005

**[Signatures on following page.]**

/s/ Mark Eckard
Mark Eckard (DE 4505)
Reed Smith LLP
1201 N. Market Street, 15th Floor
Wilmington, DE 19801
Telephone: 302.778.7500
Facsimile: 302.778.7575

*Counsel for Appellant Katharine B. Sacks*

/s/ Christopher M. Winter
Christopher M. Winter (DE 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4942
Facsimile: (302) 657-4901

and

John F. Ventola, Esq.
Joseph M. Downes III, Esq.
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone: 617) 248-5000

*Counsel for Appellee Craig Jalbert*

Joseph C. Handlon (DE _____)
ASHBY & GEDDES, P.A.
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888

and

Mark L. Fulford, Esq.
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado
Telephone: (303) 299-8454

*Counsel for Appellee U.S. Nursing Corporation*

Reed Smith LLP
1201 N. Market Street, 15th Floor
Wilmington, DE 19801
Telephone: 302.778.7500
Facsimile: 302.778.7575

*Counsel for Appellant Katharine B. Sacks*

_____
Joseph C. Handlon (DE 3952 )
ASHBY & GEDDES, P.A.
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888

and

Mark L. Fulford, Esq.
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado
Telephone: (303) 299-8454

*Counsel for Appellee U.S. Nursing Corporation*

DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4942
Facsimile: (302) 657-4901

and

John F. Ventola, Esq.
Joseph M. Downes III, Esq.
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone: 617) 248-5000

*Counsel for Appellee Craig Jalbert*