IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>OLYMPS HEALTHCARE GROUP, INC., et al.,<br><br>Debtors.<br>_____<br>KATHARINE B. SACKS, as Receiver of Five Facilities Formerly Owned and Operated by Pegasus Management Company, Inc.,<br><br>Appellant,<br><br>v.<br><br>CRAIG JALBERT, U.S. NURSING CORPORATION and PEGASUS MANAGEMENT, INC.,<br><br>Appellees. | Chapter 11<br>Bankr. Case No. 01-1849<br>          through 01-858 (WS)<br>Jointly Administered<br><br><br><br><br><br><br><br><br><br>Civil Action Nos. 05-582-KAJ |

### ORDER

WHEREAS, the appeal has been resolved by settlement and briefing on the appeal has been stayed,

IT IS HEREBY ORDERED that appellant's motion to stay (D.I. 4) is DENIED as moot.

_____
UNITED STATES DISTRICT JUDGE

March 15, 2006
Wilmington, Delaware