IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| OLYMPUS HEALTHCARE GROUP, INC., et al., | ) | Chapter 11 |
| | ) | Bankr. Case No. 01-1849 |
| | ) | through 01-858 (WS) |
| Debtors. | ) | Jointly Administered |
| | ) | |
| KATHARINE B. SACKS, as Receiver of Five Facilities Formerly Owned and Operated by Pegasus Management Company, Inc., | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action Nos. 05-581-KAJ |
| | ) | and 05-582-KAJ |
| CRAIG JALBERT, U.S. NURSING CORPORATION and PEGASUS MANAGEMENT, INC., | ) | (CONSOLIDATED) |
| | ) | |
| | ) | |
| | ) | |
| Appellees. | ) | |

**ORDER**

WHEREAS, the Court having been informed that these cases have settled, and no stipulation of dismissal having been filed,

IT IS HEREBY ORDERED that the parties shall submit a joint status report to the Court on or before August 31, 2006.

UNITED STATES DISTRICT JUDGE

Dated: August 22, 2006
Wilmington, Delaware