

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Olympus Healthcare Group, Inc., *et al.*, | ) | Case Nos. 01-1849-1851 (WSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| KATHARINE B. SACKS, AS RECEIVER OF FIVE FACILITIES FORMERLY OWNED AND OPERATED BY PEGASUS MANAGEMENT, INC., | ) | C.A. Nos. 05-582 (KAJ) |
| | ) | |
| Appellant, | ) | |
| v. | ) | |
| | ) | |
| CRAIG JALBERT, LIQUIDATING SUPERVISOR FOR OLYMPUS HEALTHCARE GROUP, INC. ET. AL., US NURSING CORPORATION, | ) | |
| | ) | |
| Appellees. | ) | |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED.R.BANKR.P. 8001(b)**

Katherine B. Sacks, in her capacity as the Receiver of Five Facilities Formerly Owned and Operated by Pegasus Management, Inc. (the "Appellant") and Craig Jalbert, Liquidating Supervisor for Olympus Healthcare Group, Inc. *et al.*, (the "Appellee") hereby stipulate and agree as follows:

1. The Appellant and Appellee have amicably resolved their disputes.

2. Federal Rule of Bankruptcy Procedure 8001(b) provides, in relevant part, that "[i]f an appeal has been docketed and the parties to the appeal sign and file with the clerk of the district court or the clerk of the bankruptcy appellate panel an agreement that the appeal be dismissed and pay any court costs or fees that may be due, the clerk of the district court . . . shall enter an order dismissing the appeal." Fed.R.Bankr.P. 8001(b).

3. The Appellant and Appellee agree to dismissal of the above-captioned appeal with prejudice.

| DUANE MORRIS LLP | REED SMITH LLP |
|---|---|
| By: /s/ Christopher M. Winter<br>Christopher M. Winter, Esq.<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901 | By: /s/ J. Cory Falgowski<br>J. Cory Falgowski (No. 4546)<br>1201 Market Street, Suite 1500<br>Wilmington, DE 1901<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575 |
| Counsel for Appellee, Craig Jalbert, Liquidating Supervisor for Olympus Healthcare Group, Inc. et al. | Counsel for Appellant, Katharine B. Sacks, as the State of Connecticut's Nursing Home Receiver for Five Facilities Formerly Owned and Operated By Pegasus Management Company, Inc. |

NOW THEREFORE, it is hereby

ORDERED THAT, the above-captioned appeal is dismissed with prejudice.

Dated: August ___, 2006

By the Clerk of the Court:

SO ORDERED, this 25th day of Aug, 2006

_____
UNITED STATES DISTRICT JUDGE

PETER T. DALLEO
CLERK, U.S. DISTRICT COURT

2